UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION |
| | ) | NO. |
| v. | ) | |
| | ) | 18 U.S.C. § 1035(a)(2) |
| JANICE COLTER | ) | |
| | ) | False Statements Relating to |
| | ) | Health Care Matters |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalty for the offense charged in the Information is as follows:

Count 1:    False Statements Relating to Health Care Matters
18 U.S.C. §1035

Not more than five years of imprisonment;
A fine of not more than $250,000;
Not more than three years of supervised release; and
A $100 special assessment.

Respectfully submitted this 11 day of July, 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

J. Thomas Clarkson
Assistant United States Attorney
Georgia Bar No. 656069

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422
thomas.clarkson@usdoj.gov

1