**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **2:19-CR-45** |
| | **)** | |
| **JANICE COLTER** | **)** | |
| | **)** | |

**GOVERNMENT'S NOTICE OF PLEA AGREEMENT**

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/ J. Thomas Clarkson*
Assistant United States Attorney
Georgia Bar No. 656069

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

1

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 12th day of July, 2019.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/ J. Thomas Clarkson*
Assistant United States Attorney
Georgia Bar No. 656069

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422