# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

CHANGE OF PLEA IN  USA v. Janice Colter

CRIMINAL NO. CR219-45   AT Brunswick, GA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT  Janice Colter , HAVING

PREVIOUSLY ENTERED A PLEA OF Not Guilty ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF Guilty  TO  Count one (1)

IN THE INFORMATION.

THIS 29th DAY OF October, 2019.

NOLLE PROSSE AS

TO COUNT(S) _____

_____
Janice Colter  DEFENDANT

_____
COUNSEL FOR DEFENDANT
Wrix McIlvaine